**Order entered July 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00262-CR

### JACOB NATHAN ROSS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-11734-V**

## ORDER

The reporter's record was filed July 10, 2018. Missing from the record are the State's exhibit 45, a photograph, exhibit 63, a DVD of appellant's interview with police, and exhibit 68, a DVD of the surveillance video of the crime scene. All three exhibits were offered and admitted at trial. We **ORDER** court reporter Peri Wood to file a supplemental reporter's record with true and correct copies of State's exhibits 45, 63, and 68 within **TEN DAYS** of the date of this order.

/s/     CRAIG STODDART
         JUSTICE